Argued and submitted June 8, 1998, appeal dismissed April 14, 1999

## CARL RAYMOND DOLAN,
### *Appellant,*

*v.*

## S. Frank THOMPSON,
### Superintendent,
### Oregon State Penitentiary,
### *Respondent.*

### (97C-10485; CA A99081)

978 P2d 452

George W. Kelly argued the cause and filed the brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Deits, Chief Judge,* and Wollheim, Judge.

PER CURIAM

Appeal dismissed. *Barnes v. Thompson*, 159 Or App 383, 977 P2d 431 (1999).

---

* Deits, C. J., *vice* Riggs, P. J., resigned.